IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 7 |
| HAKEEM ANTONIO JEFFERSON | : |
| | : |
| | : |
| | : |
| Debtor | : Bankruptcy No. 23-12774 - MDC |

### STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)

AND NOW, this 14th of December, 2023, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and Counsel, Michael I. Assad, Esquire, as follows:

1. The current deadline for Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is December 18, 2023.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until , February 12, 2024, to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____  _____
Robert H. Holber              Michael I. Assad, Esquire
Chapter 7 Trustee             Counsel for Debtor

ORDER

AND NOW, this ____ day of _____, 2023, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Oder of this Court with full force and effect thereof.

_____
Magdeline D. Coleman
United States Bankruptcy Judge