Certificate Number: 16339-PAE-DE-038218623

Bankruptcy Case Number: 23-12774



16339-PAE-DE-038218623

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2024, at 9:13 o'clock AM EST, Hakeem Antonio Jefferson completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 26, 2024

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor